1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

## Berger & Montague, P.C.
ATTORNEYS AT LAW

ERIC L. CRAMER — ALSO ADMITTED IN NY
WRITER'S DIRECT DIAL | 215/875-3009
WRITER'S DIRECT FAX | 215/875-4604
WRITER'S DIRECT E-MAIL | ecramer@bm.net

April 6, 2015

**VIA ECF**

Hon. Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
Courtroom #11C
500 Pearl Street
New York, NY 10007-1312

Re:   *Maxon Hyundai Mazda, et al. v. Carfax, Inc.*, No. 13-cv-2680

Dear Judge Ellis:

I am following-up on plaintiffs' April 1, 2015 letter motion (ECF Doc. 74) requesting a continuance of the conference the Court scheduled for April 9, 2015 (ECF Doc. 74). Plaintiffs understand that the Court is not available on the previously requested date. Accordingly, Plaintiffs' counsel have consulted counsel for defendant and the parties are available on Thursday, April 16, 2015, a date the Court has indicated it has availability. Defendant does not object to plaintiffs' motion. This is plaintiffs' first request for a continuance of the April 9 conference. Please let us know if the Court requires any further information.

Plaintiffs respectfully request that the Court grant their motion for a continuance and set the alternate date for the conference as requested, and thank the Court in advance for considering this accommodation.

Respectfully submitted,

Eric L. Cramer

cc:   Joseph R. Saveri, Esq. *(via ECF & email)*
      Leonard A. Bellavia, Esq. *(via ECF & email)*
      Steven H. Blatt, Esq. *(via ECF & email)*
      Christopher M. Mason, Esq. *(via ECF & email)*
      Frederic Nelson, Esq. *(via ECF & email)*