UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MAXON HYUNDAI MAZDA, *et al.*,   :
:
Plaintiffs,   :
:
- against -   :   No. 13 CV 2680 (AJN) (RLE)
:
CARFAX, INC., a Pennsylvania corporation,   :
:
Defendant.   :
:
------------------------------------------------------------------X

## DECLARATION OF SARA E. FARBER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

SARA E. FARBER declares:

1. I am an associate in the law firm of Nixon Peabody, LLP, 437 Madison Avenue, New York, New York 10021.

2. I filed my Notice of Appearance in the Action on behalf of Carfax, Inc. ("Carfax") on May 21, 2014.

3. I confirm that Carfax consents to my withdrawal as counsel of record in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2015

_____
Sara E. Farber

4819-4048-4387.1