UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MAXON HYUNDAI MAZDA, *et al.*,   :
:
                                 Plaintiffs,   :
:
         - against -   :  No. 13 CV 2680 (AJN) (RLE)
:
CARFAX, INC., a Pennsylvania corporation,   :  NOTICE OF MOTION TO
:  COMPEL
                             Defendant.   :
:
------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the Declarations of Julie A. Ortmeier, dated May 6, 2015, of Annica Sunner Bianco, dated May 8, 2015, and of Dr. John Hayes, dated May 8, 2015, the exhibits attached to them, and the accompanying brief, Defendant Carfax, Inc. respectfully moves this Court for an Order, pursuant to Federal Rules of Civil Procedure 37(a), compelling Plaintiffs to produce the requested discovery in this action.

Dated: May 8, 2015

                                                            NIXON PEABODY LLP

                                 By:    /s/ Christopher M. Mason
                                          Christopher M. Mason

                                          437 Madison Avenue
                                          New York, New York 10022
                                          Telephone: (212) 940-3000
                                          Facsimile: (212) 940-3111
                                          cmason@nixonpeabody.com

                                          Attorneys for Defendant
                                          Carfax, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXON HYUNDAI MAZDA, *et al.*,<br><br>                                                    Plaintiffs,<br><br>            - vs -<br><br>CARFAX, INC.,<br><br>                                                    Defendant. | Civil Action No.<br><br>13-CIV-2680-AJN-RLE |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2015, I served *Defendant Carfax, Inc.'s: 1) Notice of Motion to Compel; 2) Declaration of Annica Sunner Bianco with Exhibits A-G attached thereto; 3) Declaration of Julie A. Ortmeier with Exhibits A-C attached thereto; 3) Declaration of Dr. John Hayes with Exhibits A-F attached thereto; and 4) Brief in Support of Defendant's Motion to Compel* with the Clerk of Court for the United States District Southern District of New York, using the CM/ECF system of the Court, which sent notification of such filing to the following:

                          Eric L. Cramer
                          David A. Langer
                          BERGER & MONTAGUE, P.C.
                          1622 Locust Street
                          Philadelphia, PA 19103
                          Tel: (215) 875-3000
                          Fax: (215) 875-4604
                          E-mail: ecramer@bm.net
                          E-mail: dlanger@bm.net
                          *Attorneys for Plaintiffs*

        Joseph R. Saveri
        Joshua P. Davis
        Ryan J. McEwan
        JOSEPH SAVERI LAW FIRM, INC.
        505 Montgomery Street, Suite 625
        San Francisco, CA 94111
        Tel: (415) 500-6800
        Fax: (415) 395-9940
        E-mail: jsaveri@saverilawfirm.com
        E-mail: jdavis@saverilawfirm.com
        E-mail: rmcewan@saverilawfirm.com
        *Attorneys for Plaintiffs*

        Leonard A. Bellavia (LB–0780)
        Steven H. Blatt (SB–6792)
        Mark W. Gaffney (MG–5050) (Of Counsel)
        Bellavia Blatt Andron & Crossett, PC
        200 Old Country Road, Suite 400
        Mineola, NY 11501
        Tel.: (516) 873-3000
        Fax: (516) 873-9032
        E-mail: LBellavia@DealerLaw.com
        *Attorneys for Plaintiffs*


Dated: May 8, 2015        /s/   Christopher Mason
                                              Christopher Mason