N.Y.S.D. Case #
13-cv-2680(AJN)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of April, two thousand and seventeen.

Maxon Hyundai Mazda, NYLSI Inc., DBA Sunrise Toyota, Tarrytown Honda, Crestview Cadillac Corp., DBA Crest Cadillac, County Line Buick Nissan, County Line Carriage Inc., DBA Auto Jocks, Ron Bouchards' Auto Sales, Inc., Chilson Corner Motors, Townsend Bros. Inc., DBA Townsend Brothers Chevrolet, Moore Family of Dealership, RCG Realty Management, Inc., Bob Casiulli Auto Group-Honda of Toms River, JMK East L.L.C., DBA JMK Saab-Fiat, JMK Auto Sales Inc., DBA JMK BMW, Northtown Toyota Scion, Northtown Mazada KIA, Northtown Chrysler Jeep Dodge, Northtown Lexus, Northtown Volvo Porsche Land Rover of Buffalo, Bill Kolb Jr. Subaru, Inc., Gault Toyota, Gault Auto Sport BMW, Gault Volkswagen, Miller Motor Car Corp., Waco Dodge, Inc., DBA Waco Hyundai, 21st Century Auto Group, Metro Chrysler Plymouth Inc., Masterz Automotive Intl Inc., FKA Master Cars USA, Inc., DBA Masters, Salerno Duane Infiniti, DBA Infiniti of Denville, Jim Salerno Pontiac Buick GMC Truck, Inc., DBA Jim Salerno Buick GMC Truck, Salerno Duane Inc., DBA Salerno Duane Chrysler Jeep Dodge, Route 18 Auto Group L.L.C., DBA Route 18 Chrysler Jeep Dodge, Outten Buick-Pontiac, Inc., DBA Outten Chevrolet of Hamburg, Outten Motors, L.L.C., DBA Outten Chrysler Dodge Jeep Ram, Perrine's Pontiac Inc., DBA Perrine Auto Group, Outten Automotive, Inc., DBA Outten Kia, Denville Nissan Inc., DBA Nissan World of Denville, Outten Chevrolet, Inc., Nissan World of Red Bank, LLC, W.S. Healey Chevrolet Buick, Inc., Nissan World LLC, DBA Nissan World of Springfield, Healey Chevrolet, Inc., P.A.C. Automotive LLC, DBA Toyota World of Lakewood, Healey Hyundai, Inc., Sussex County Imports LLC, DBA Toyota World of Newtown, Healey Ford Lincoln, L.L.C., Hampton Imports LLC, DBA Subaru World of Newtown, Healey Used Car Outlet L.L.C.,

ORDER
Docket No. 16-3717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 06, 2017

DBA Healey KIA, Healey Chrysler Dodge Jeep L.L.C., The Dorschel Group, DBA Dorschel Lexus, Infiniti, Nissan, Volkwagon, Saab, DBA Dorschel Resale Center, Healey Automotive L.L.C., DBA Healey Mistubishi, Car Pros Kia of Tacoma, Harden Motor Car Corp., DBA Mohawk Honda, Concours Motors Inc., DBA Concours Motors Inc., DBA Concours BMW, North Shore Chevrolet, DBA Chevrolet of Smithtown, Space Coast Auto Group Inc., Chrysler of Culpeper, Yellowstone Country Motors, B & Z Auto Enterprises LLC, DBA Riverdale Chrysler Jeep Dodge, DBA Eastchester Chrysler Jeep Dodge, Teterboro Chrysler Jeep, Inc., Open Road Mendham, LLC, DBA Audi Mendham, DBA Audi Bernardsville, Sovreign Motor Cars Ltd., Port Jeff Chrysler Jeep, Inc., Bellavia Buick, Inc, Gerry Wood Automotive LLC, DBA Gerry Wood Honda, DBA Gerry Wood Chrysler Dodge Jeep Ram, DBA Gerry Wood Kia, Arnold Chevrolet, L.L.C., Donohoo Auto, LLC, Thomas Dodge Corp., DBA Cash for Cars, Elk Grove Toyota, Durand Chevrolet, Elk Grove Kia, Hanford Toyota, WR Thomas Inc., DBA Direct Auto Plaza, Hanford Hyundai, Nissan Sales Corp., Cardinal Honda, Tustin Buick GMC Inc., Classic Chevrolet, Inc., Classic Autoplex Galveston, DBA Classic Autoplex F LLC, DBA Classic Autoplex GM LLC, DBA Classic Autoplex F-T LLC, DBA Classic Autoplex H, LLC, 3925 Partners Ltd., DBA Mike Brown Ford, DBA Mike Brown Chrysler Dodge Jeep, DBA Mike Brown Hyundai, Great Neck Suzuki, Classic Buick GMC Ltd., Manfredi Motors Inc., DBA SI Toyota, Classic Buick GMC of Carrollton, LLC, Classic Chevrolet, Buick, GMC, Inc., Stingray Chevrolet, LLC, Stingray Chevrolet Bartlow, LLC, 4984 Partners Ltd., DBA Classic Chrysler, Dodge, Jeep, Mazda, Classic Chevrolet Sugar Land, LLC, Riverhead Auto Mall, Ltd., DBA Riverhead Hyundai, DBA Riverhead Nissan, Heinrich Chevrolet Corp., Curry Chevrolet Sales & Services Inc., DBA Curry Chevrolet, Schumacher Auto Group, Curry Motor Cars, LLC, DBA Curry Chevrolet, Schumacher Automotive, Curry Automotive LLC, DBA Curry Honda, Offlease4less, Curry Cars LLC, DBA Curry Honda, Linear Motors LLC, DBA Curry Hyundai-Subaru, Manfredi Motors Inc., DBA Manfredi Kia, Lyford Motors LLC, DBA Curry Toyota, Manfredi Cadillac Inc., DBA Manfredi Hyundai, Performance Motors LLC, DBA Curry Nissan, Manfredi Chrysler Jeep & Dodge, L.L.C., BFC 3 LLC, DBA Curry Honda, SI

Safe Auto, L.L.C., DBA Manfredi Mazda, Curry Auto LLC, DBA Curry Acura, Rallye Automotive LLC, DBA Curry Nissan- Chicopee, Morehead Auto Sales Inc., DBA Morehead Honda, A & H Motors Inc., DBA Monster Auto Group, Scap Auto Group, Paul Conte Cadillac, Inc., White Plains Chrysler Jeep, HB Chevrolet, Freedom Ford, Inc., Lash Auto Group LLC, DBA Lash Volkswagon of White Plains, Fitzgerald Automall Annapolis West Street, Hassett Lincoln- Mercury Sales, Inc., Fogg's Auto Sales, Inc., 86th Street Chevrolet, Inc., Rensselaer Auto Plaza, Inc., DBA Rensselaer Honda, Scotia Motors, Inc., Sam Scism Motors, Inc., Autoworld Kia, Chevrolet of Jersey City, The Dorschel Group, DBA Dorschel Lexus, DBA Dorschel Toyota, DBA Dorschel KIA, King O'Rourke Buick- GMC LLC, D & C Chevrolet Co., DBA Honda of Tenafly, DGM, L.L.C., DBA Mini of Rochester, Corvettes of Florida, Inc., DBA Toy Store, Imports & More, Inc., Barry's Auto Center, Inc., Union Pontiac- GMC, Inc., DBA Union Buick GMC, Parsons Buick Company, Schaller, Inc., DBA Schaller Acura, Farrell Motors, Inc., DBA Farrell Volvo, Central Avenue Chrysler Jeep Dodge, Tenafly Auto Mall Inc., DBA Tenafly Kia, Anderson of Hunt Valley, LLC, B.C.T. Imports Inc., DBA Toyota Universe, Anderson Motors, LLC, United Galaxy Inc., DBA Tri-County Lexus, Anderson Automotive Group, Inc., Universal Global Inc., DBA Metro Honda, Stoler Gold Coast, Inc., DBA BMW of Oyster Bay, M.T. Imports Inc., DBA Galaxy Toyota, Stoler of Westbury, Inc., DBA Westbury Toyota, Mack Auto Imports Inc., DBA Honda Universe, DBA Honda of Toms River, Len Stoler Inc., DBA Westbury Toyota, DBA Lexus of Towson, DBA Len Stoler Ford, DBA Len Stoler Hyundai, DBA Len Stoler Porsche/Audi, DBA Len Stoler Lexus, DBA Len Stoler Nissan, DBA Len Stoler Jeep Chrysler Dodge, DBA Len Stoler Chevrolet, RB Automotive Group Inc., DBA Acura of Aburn, Smithtown Toyota, Northtown Hyundai Inc., DBA Northtown Hyundai Subaru, Curry Imports Inc., DBA Torrington Honda, Gault Chevrolet Co., Inc., Towson Automotive, Inc., DBA BMW of Towson, DBA BMW of Bel Air, DBA Mini of Baltimore County, Sutton Ford Inc., Sutton Ford Lincoln, Rockville Cars, LLC, Chilson's Corner Motors of Caddot, LLC, Rossi Chevrolet Buick GMC, Inc., Habberstad Motorsport Inc., DBA Habberstad BMW of Huntington, Community Honda, Fairfield Motors Inc., DBA Route 23 Honda,

Northstar Chevrolet, Inc., Bayside Chrysler Jeep, Inc., Haldeman Ford of Hightown, LLC, Tirrico Inc., DBA Planet Honda, Haldeman Ford, Inc., DBA Haldeman Ford/Subaru, Durand Automotive Group, Inc., DBA Durand Toyota-Ford, Haldeman Nissan Inc., Heinrich Chevrolet Corp., Lawrence Automotive Inc., DBA Lawrence Lexus, North Bay Cadillac Co. Inc., DBA Northbay Cadillac Buick GMC, Twin Pine Auto Group, Inc., Hempstead Auto Co. Inc., DBA Jaguar of Great Neck, McGrath Nissan Inc., Heritage Jaguar of Freeport Inc., Greenwich Automotive Enterprises, Ltd., DBA Jeep Chrysler Dodge City, Manfredi Chevrolet, LLC, GAE, LLC, DBA Nissan City, Dartmouth Nissan, Inc., DBA Nissan World of Dartmouth, Cascade Auto Group, Ltd., Mel Rapton Honda, Inc., Vera- Williams Investments, Inc., DBA Vera Cadillac Buick GMC, Matthews Kia Mazda Subaru, JBA Automotive LLC, DBA JBA Infiniti, Gladding Chevrolet Inc., DBA JBA Chevrolet, Columbia Automotive Inc., DBA Columbia Hyundai Acura, Camargo Cadillac Company, Joseph Chevrolet Company, Joseph Northland Motors Inc., DBA The Audi Connection, DBA Porsche of Kings Automall, Montgomery Chevrolet Company, DBA Columbia Chevrolet, Infiniti of Cincinnati, Inc., Joseph T of C, Co., DBA Joseph Toyota of Cincinnati, Joseph Buick GMC Truck Inc., DBA Joseph Buick GMC, Joseph T of D Co., DBA Joseph Airport Toyota, Joseph H of D LLC, DBA Joseph Airport Hyundai, Hummer of Columbus LLC, DBA Capital Cadillac, Joseph Cadillac Saab Subaru LLC, DBA Joseph Cadillac Subaru, Williamson Cadillac Company, DBA Williamson Cadillac, Magic City Motor Corp., DBA Magic City Ford, Fleet Lease Network Inc., Sarant Cadillac Corp., DePaula Chevrolet, Inc., Team Precision Auto LLC, DBA Precision Chrysler Jeep Dodge Ram, Butler Chrysler Jeep Dodge Inc., M & S of Pawling, Inc., DBA M & S Pawling Chevrolet Buick Cadillac, Community Chevrolet Inc., Clay Chevrolet Inc., Clay Corporation, DBA Clay Nissan, Clay Nissan of Newtown, Inc., Norwood Subaru, Inc., Robert Chevrolet Inc., AMR Auto Holdings- AC, LLC, DBA Prime Acura, AMR Auto Holdings- ACII LLC, DBA Prime Acura North, AMR Auto Holdings- BG LLC, DBA Prime Buick GMC, AMR Auto Holdings- HD, LLC, DBA Prime Hyundai South, AMR Auto Holdings- HN, LLC, DBA Prime Honda, AMR Auto Holdings- KH, LLC, DBA Kia of Cape Cod, AMR Auto Holdings- MH, LLC,

DBA Prime Pre-Owned Center, AMR Auto Holdings- MW, LLC, DBA Mercedes Benz of Westwood, AMR Auto Holdings- PA, LLC, DBA Audi Westwood, DBA Porsche of Delaware, AMR Auto Holdings- TH, LLC, DBA Hyannis Toyota, AMR Auto Holdings- TO, LLC, DBA Orleans Toyota, AMR Holdings- TY, LLC, DBA Prime Toyota Boston, Prime Infiniti Inc., DBA Prime Infiniti, Lupo LLC, DBA Prime Toyota Scion, Saco Auto Holdings- FLMM, LLC, DBA Prime Ford, DBA Prime Mazda, Saco Auto Hodlings- HN LLC, DBA Prime Honda Saco, Saco Auto Holdings-VW, LLC, DBA Prime Volkswagen, Sawdran LLC, DBA Prime Motor Cars, Staretz LLC, DBA Prime Hyundai, Jack Ingram Motors, Inc., Acton Toyota of Littleton, Yonkers Auto Outlet, DBA Yonkers Automall, Central Avenue Nissan, Inc., Conklin Cars Newton LLC, DBA Conklin Cars Newton, Conklin Cars Salina LLC, DBA Conklin Cars Salina, Conklin Fangman Kansas City LLC, DBA Conklin Fangman Kansas City, Thirteen Twenty LLC, DBA Tate Branch Auto Plex, DBA Tate Branch Dodge Chrysler Jeep Ram, Shaker Valley Auto & Tire Inc., DBA Shaker Valley Auto & Tire, Western Motors, Inc., DBA Western Motors Company, Cars Unlimited of Suffolk, LLC, Axelrod Chrysler Inc., DBA Axelrod Autos, Inc., Route 59 Automobile LLC, DBA Rockland Hyundai, Jeffrey Automotive Group, Inc., Tamaroff Motors, Inc., DBA Tamaroff Honda- Nissan, Treasure Coast Imports, Inc., DBA Vero US 1 Nissan, DBA Route 60 Hyundai, Sudbay Chrysler Dodge, Inc., Sudbay Chevrolet- Buick- Cadillac- GMC, Inc., Axelrod Pontiac- Buick LLC, DBA Axelrod Buick GMC, Arlington Automotive Group, Inc., DBA Arlington Toyota, Adjess Motors LLC, DBA Route 46 Chevrolet, Price Simms, Inc., DBA Toyota Sunnyvale, Price Cars SR LLC, DBA Toyota Martin, Price Simms Ford, LLC, DBA Ford Lincoln of Fairfield, Grand Prix Jeep Chrysler, LLC, DBA Grand Prix Subaru, Westbury Jeep Chrysler Dodge, Inc., Garden City Jeep Chrysler Dodge, LLC, Levittown Ford LLC, William T. Pritchard, Inc., DBA Pritchard Automotive, Habberstad Nissan, Inc., Habberstad Volkswagen Inc., Bob Bell Ford, Bob Bell Chevrolet- Nissan, Inc., DBA Bob Bell Nissan, DBA Bob Bell Chevrolet of Baltimore, Bob Bell Chevrolet of Bel Air, Inc., Huntington Jeep Chrysler Inc., Huntington Hyunadi, Inc., Yonkers Auto Outlet Inc., DBA Yonkers Kia, Hoehn Motors Inc., DBA Hoehn Motors, DBA Hoehn Acura, DBA Hoehn Audi, DBA Hoehn Porsche,

DBA Hoehn Infiniti, Hoehn Company, Inc., DBA Hoehn Honda, Hyundai of White Plains LLC, Diehl Automotive of Robinson, Inc., L.T. Begnal Motor Company Inc., Wayne Motors, Inc., Manfredi Auto LLC, DBA Manfredi Mistubishi, Major World Chevrolet, LLC, Bronx Ford, Inc., DBA City World Ford, City World Motors, LLC, DBA City World Toyota Scion, R & M Marketing Inc., DBA Maaliki Motors, Hillside Automall, Inc., Bergstrom Chevrolet Cadillac, Inc., DBA Appleton Chevrolet Cadillac, Bergstrom Buick- GMC Truck, Inc., DBA Appleton Buick GMC, Bergstrom Chevrolet- Cadillac- Buick- GMC Truck, DBA Bergstrom Oshkosh GM, Bergstrom Chevrolet of Milawaukee, Bergstrom Cadillac Inc., DBA Madison Cadillac, Bergstrom Cadillac of Green Bay, Inc., DBA Bergstrom Cadillac GMC of Greenbay, Bergstrom Kaukauna, Inc., DBA Bergstrom Kaukauna, Bergstrom Ford- Lincoln of Neenah Inc., DBA Bergstrom Ford of Neenah, Bergstrom Ford of Oshkosh, Inc., DBA Bergstrom Ford of Oshkosh, Bergstrom Luxury Imports of the Fox Valley Inc., DBA Appleton Lexus, Bergstrom Premier Motorcars, Inc., DBA Bergstrom Premier Land Rover Jaguar Volvo Saab, Enterprise Motorcars, Inc., DBA Enterprise Motorcars BMW Mercedes Benz, Bergstrom Victory Lane, Inc., DBA Mini of Fox Valley, Bergstrom Converters Drive, Inc., DBA Bergstrom Acura of Appleton, Victory Lane Imports Inc., DBA Bergstrom Imports on Victory Lane Audi VW Mazda Mitsubishi Hyunadi, DBA Bergstrom Nissan of Appleton, Bergstrom of the Fox Valley, Inc., DBA Bergstrom Honda Subaru of Oshkosh, Bergstrom of the Fox Valley, Inc., DBA Bergstrom Nissan of Oshkosh, Bergstrom Imports, Inc., DBA Bergstrom Toyota Scion, Beck Automotive Group, Lyle's Auto LLC, Cold Brook Auto, Inc., DBA Cold Brook Saab, Import Service Center, Inc., DBA Gary Small Saab, Garcia's Asia- Pacific Motors LLC, DBA Garcia Kia, DBA Cottonwood Kia, Garcia Imported Motorcars, LLC, DBA Garcia Subaru, Garcia Imports Inc., DBA Garcia Honda, Garcia Motorcars LLC, DBA Uptown Volkswagen, Pruitt Ford LLC, Howard Wilson Chrysler Jeep, Inc., DBA Howard Wilson Chrysler Jeep, Richard Lundgren Inc., DBA Lundgren Honda of Auburn, Port Motors Lincoln Mercury, Inc., Best Auto Outlet, Inc., Baron Nissan Inc., Sunrise Auto Mall Inc., DBA Baron Auto Outlet, Port Motors, Incorporated, Poquoson Motors, Inc., DBA Pomoco Chrysler Jeep Dodge Ram of Hampton,

Coliseum Lincoln Mercury, Inc., DBA Pomoco Nissan, Merrimac Motors, Inc., DBA Pomoco Chrylser Dodge Jeep Ram of Newport News, NextMotors Corporation, DBA CK Enterprises Oakland Mitsubishi, AutoBranch South FL, Inc., Dick Devoe Buick- Cadillac Inc., DBA DeVoe Buick GMC Subaru, DBA DeVoe Cadillac, Crossroads Ford Lincoln, Inc., Paul Miller Performance LLC, DBA Paul Miller BMW, Paul Miller AWD LLC, DBA Paul Miller Subaru, Paul Miller Motors LLC, DBA Paul Miller Honda of West Caldwell, Paul Miller Sportscars Inc., DBA Paul Miller Porsche, Paul Miller Bernardsville LLC, DBA Paul Miller Volkswagen, Paul Miller Inc., DBA Paul Miller Audi, Land Rover of Parsippany Inc., DBA Land Rover of Parsippany, Paul Miller GT Inc., DBA Bentley Parsippany, DBA Paul Miller Rolls-Royce, R. Santilli Automotive Group, Inc., DBA Village Saab, Santilli Enterprises Inc., DBA Village Saab, Brentlineger Enterprises, DBA MAG Audi, DBA Midwestern Audi Group, DBA MAG BMW, DBA MAG Mini, DBA MAG Ferrari, DBA MAG Maserati, DBA Land Rover Dublin, Baron Auto Maxx, Inc., DBA Baron Honda, DTC Corp., DBA Car Vision, ADA Motors Inc., DBA Burien Toyota Scion, Burien Chevrolet Inc., Ralph Automotive Inc., DBA Ralph Honda, Champaign Motors Inc., Taylor Chrysler Dodge Inc., DBA Taylor Chrysler Dodge Jeep Ram, E.M. Rinehart Inc., DBA Gray Chrysler Dodge Jeep Ram, Rine Motors Inc., DBA Gray Chevrolet Cadillac, Pleasant Valley Motors Inc., Multi Chevrolet, Inc., Multi Subaru LLC, Dijos Inc., Plaza Motors of Brooklyn, Inc., DBA Plaza Honda, DBA Plaza Hyundai, Plaza Oldsmobile, LTD, DBA Plaza Toyota, Crystal Bay Imports, LTD, DBA Acura of Brooklyn, Balise C, LLC, DBA Balise Chevrolet of Warwick, Balise Motor Sales Company, DBA Balise Chevrolet Buick GMC, DBA Balise Honda, DBA Balise Mazda, DBA Ready Credit Used Cars, Ford of Hyannis, Inc., DBA Balise Ford of Hyannis, Balise FOW, Inc., DBA Balise Ford of Wilbraham, Cape Hy, Inc., DBA Balise Hyundai of Cape Cod, Balise Hy, Inc., DBA Balise Hyundai, BLS, Inc., DBA Balise Lexus, R & J Nissan LLC, DBA Balise Nissan Cape Cod, DBA Ready Credit Used Cars, Balise N, LLC, DBA Balise Nissan, Balise JRN, Inc., DBA Jerry Rome Nissan, Balise Subaru Inc., DBA Balise Subaru, Balise T, LLC, DBA Balise Toyota of Warwick, BTLS, Inc., DBA Balise Toyota, Balise V, Inc., DBA Balise Volkswagen, Dralle Chevrolet& Buick,

Inc., Dralle Chevrolet Buick GMC Cadillac, Inc., Ontario Nissan Inc., DBA Metro Nissan of Montclair, Nissan of Fontana Inc., DBA Nissan of San Bernardino, Redlands Automotive Services Inc., DBA Metro Nissan of Redlands, Dutchess Cars, LLC, DBA Friendly Honda, Automotive Avenues, LLC, Phoenix Motor Company, Mercedes Benz of Arrowhead, Adee Motor Cars, LLC, DBA Middletown Honda, DeNooyer Chevrolet, Inc., Martens Chevrolet, Inc., DBA Martens Chevrolet, Thomas Sales & Service, Inc., DBA Subaru of Bend, N & H Motors, Inc., DBA West Coast Auto Sales, Transit LLC, DBA Maple Hill VW Audi, DBA Maple Hill Hyundai Subaru Volvo, Sawyer Chrysler Dodge, Inc., DBA Sawyer Motors, Carson Automotive Inc., DBA Carson Jeep Nissan/Carson Jeep/Carson City Nissan, Tims Truck Capital & Auto Sales Inc., Landmark Dodge Chrysler Jeep, LLC, Archer Financial Holdings Inc., DBA Jim Archer Chrysler Jeep, Archer Dodge Inc., Archer Chrysler Plymouth Inc., DBA Archer Chrysler Plymouth/Archer Chrysler Jeep, Archer Jeep West Inc., Archer Kia, Northside Ford Truck Sales Inc., Henry Valencia Inc., DBA Henry Valencia Chevrolet Buick GMC, Reydel Volkswagen, Inc., FSW, Inc., DBA Frederick Chevrolet Cadillac, Inc., DBA Frederick Toyota, DBA Lancaster Pre-Owned, DBA Certified Pre-Owned of Hershey, BDF Acquisitions of New Mexico, DBA Furry's Buick GMC, Howard Auto Group, Inc., DBA Howard Buick GMC, J.O. Stevenson, Inc., DBA Stevenson Hyundai, DBA Stevenson Kia, Morris Auto Plaza, Inc., Krusemark Automotive, Inc., DBA Valu Ford, Valu Chrysler, Valu Ford and Chrysler, Kim Cesare Auto Sales, Inc., Alfredo's Foreign Cars, DBA Larchmont Chrysler Jeep Dodge, Beaver Motors, Inc., DBA Beaver Toyota of Sante Fe, Frederick Chevrolet Cadillac, Inc., DBA Frederick Chevrolet on the Boulevard, John O'Rion Stevenson, Inc., DBA Stevenson Chevrolet, J.O.S. & Associates, Inc., DBA Stevenson Kia, DBA Stevenson Mazda, J.O.S., Inc., DBA Stevenson Honda, John O. Stevenson, Inc., DBA Stevenson Toyota, JSBP, Inc., DBA Stevenson Mazda, Stevenson & Associates, Inc., DBA Stevenson of Goldsboro, Stevenson Cars, Inc., DBA Stevenson Acura, The Symposium Group, LLC, DBA Stevensondirect.com, Thomas Subaru, Bartow Ford Company, DBA Bartow Ford, FOC Inc., Fitzergald Lake Forest Motors, Inc., Fitzgerald Buick, Inc., Fitzgerald Motors, Inc., Fitzgerald Toyota, Inc., Frangie Motors

Inc., DBA Toyota San Luis Obispo, City Motors LLC, DBA BMW of the Main Line, DBA Mini of the Main Line,

    Plaintiff - Appellant,

Biener Audi, Perrine Auto Group, Tenafly Kia-Teterboro CJDR, Chilson Subaru, RCG Realty Management, Inc., Bob Ciasulli Auto Group - Toyota Universe, RCG Realty Management, Inc., Bob Casiulli Auto Group-Honda Universe, RCG Realty Managment, Inc., Bob Casiulli Auto Group-Galaxy Toyota, Ron Bouchards' Auto Sales, Inc.-Acura, Northtown Hyundai Subaru, Gault Chevrolet, Sutton Ford Lincoln, Habberstad BMW of Huntington, Route 23 Honda, Star Toyota, Star Nissan, Jaguar of Freeport, Timco, DBA Planet Honda, Durand Toyota-Ford, Life Quality BMW, Heinrich Chevrolet, North Bay Cadillac Buick-GMC, Jaguar of Great Neck, Cherry Hill Mercedes Benz, Cherry Hill Imports, Range Rover of Cherry Hill, James Toyota, Martin Swanty Kia, Martin Swanty Chrysler Jeep Dodge, Martin Swanty Hyundai, Swanty's Chrysler Jeep Dodge, Manfredi Chevrolet, Nissan World of Dartmouth, Nissan World of Denville, Nissan World of Springfield, Toyota World of Lakewood, Toyota World of Newton, Subaru World of Newton, Fitzgerald Automall Countryside, Fitzgerald Automall Countryside North, Fitzgerald Automall Annapolis Hudson Street, Fitzgerald Automall Frederick Baughmans Lane, Fitzgerald Automall Lake Forest N. Frederick, Fitzgerald Automall Lake Forest, Fitzgerald Automall Lexington Park, Fitzgerald Automall White Flint, Fitzgerald Automall Chambersburg, Infiniti, Nissan, Volkswagen, Saab, DBA Dorschel Resale Center, Kia Tacoma, Bayside Chrysler, Burien Nissan, Renton Hyundai, Car Pros Renton, Maxon Auto Enterprises, DBA Maxon Mazda, Biener Auto Group, DBA Biener Audi, Nissan World of Red Bank, LCJ Inc., Galesburg Nissan Corp., Bergstrom Chevrolet- Cadillac- Buick- GMC Truck, Inc, Garcia Imported Cars, LLC,

    Plaintiff,

v.

Carfax, Inc., a Pennslyvania Corporation,

    Defendant - Appellee.
_____

  The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

  The stipulation is hereby "So Ordered".

                For The Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit